The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> RAFAEL ALVARADO-SOLORIO, <br> Defendant. | NO. CR16-193JLR <br><br> [PROPOSED] ORDER REGARDING CONTINUANCE OF TRIAL DATE |

Based on the parties' Motion for Entry of An Order Regarding Continuance of the Trial Date, the Court makes the following findings of fact and conclusions of law:

1. The trial in *United States v. Alvarado-Solorio* was set for November 28, 2016.

2. On November 10, 2016, the Court held a hearing on Mr. Alvarado-Solorio's motion seeking new counsel, which the Court denied.

3. The Court hereby finds that these developments made it impractical to proceed to trial on November 28, 2016. In light of Mr. Alvarado-Solorio's decision to continue with assigned counsel and the need for defense counsel to prepare for trial and the anticipated pretrial litigation regarding Mr. Alvarado-Solorio's potential defenses at trial, a continuance of that trial date is necessary. The parties are entitled to a reasonable period of time for general trial preparation, motions practice, and to address related issues.

[PROPOSED] ORDER RE CONTINUANCE - 1
CR16-193JLR / *U.S. v. ALVARADO-SOLORIO*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  4. Trial in this matter is therefore scheduled for February 21, 2017.

2  5. Accordingly, the Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

6. Proceeding to trial absent adequate time for the defense to prepare would result in a miscarriage of justice. 18 U.S.C. §3161(h)(7)(B)(i). The defense needs additional time to explore relevant issues and defenses applicable to the case, which would make it unreasonable to expect adequate preparation for pretrial proceedings or for trial itself within the time limits established by the Speedy Trial Act and currently set for this case. 18 U.S.C. § 3161(h)(7)(B)(ii).

7. Taking into account the exercise of due diligence, a continuance is necessary to allow for preparation of the defense and the other reasons set forth above. 18 U.S.C. § 3161(h)(7)(B)(iv).

8. Accordingly, the Court hereby ORDERS the formal exclusion of time between November 10, 2016, and the new trial date of February 21, 2017.

9. Pretrial motions shall be due January 6, 2017.

DATED this 15th day of November, 2016

JAMES L. ROBART
United States District Judge

Presented by:

/s/ Matthew P. Hampton
MATTHEW P. HAMPTON
Assistant United States Attorney

/s/ Gregory Geist
GREGORY GEIST
Assistant Federal Public Defender

[PROPOSED] ORDER RE CONTINUANCE - 2
CR16-193JLR / *U.S. v. ALVARADO-SOLORIO*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970